

U. S. Department of Justice

*Daniel P. Bubar*
Acting United States Attorney
Eastern District of North Carolina

U.S. Attorney's Office
150 Fayetteville Street
Suite 2100
Raleigh, NC 27601

Telephone (919) 856-4530
Criminal FAX (919) 856-4487
Civil FAX (919) 856-4821
www.usdoj.gov/usao/nce

## NOTICE OF RELATED CASES

DATE: February 3, 2025

TO: United States District Court
Eastern District of North Carolina
Raleigh, North Carolina 27601

FROM: Karen K. Haughton
Assistant U.S. Attorney

SUBJECT: United States v. Adam Scott Meland

The above-named case is being filed as a Criminal Information. The Criminal Information charges the defendant with introduction of misbranded drug into interstate commerce and aiding and abetting, in violation of Title 21, United States Code, Sections 331(a) and 333(a)(2), and Title 18, United States Code, Section 2.

A previously filed Criminal Information in United States v. Leondas Paul III, 5:24-CR-00283-BO, is related to the above-named case in that it relates to the same manufacturing and e-commerce sale of drugs from the same business location in Rockingham, NC. Substantial duplication of labor would be required if these cases were heard by different judges.

Reviewed and approved by:

DANIEL P. BUBAR
Acting United States Attorney